**Order No. 96–10**
**September 19, 1996**

| 17964 | Caraang v. Oahu Sugar Co. | Affirmed |

**Order No. 96–11**
**September 24, 1996**

| 16382 | State v. Mason | Affirmed |
| 16785 | State v. Faustine | Affirmed |

**Order No. 96–13**
**October 3, 1996**

| 17515 | State v. Cryor | Affirmed |

**Order No. 96–14**
**October 4, 1996**

| 17590 | State v. Reiher | Reversed |

**Order No. 96–15**
**October 7, 1996**

| 16875 | State v. Du | Affirmed |
| 16256 | Borges v. Borges | Affirmed |

**Order No. 96–16**
**October 10, 1996**

| 17006 | State v. Williams | Affirmed in part, reversed in part |

**Order No. 96–17**
**October 11, 1996**

| 18703 | Shoemaker v. State | Affirmed |